```
LA'TYONNA TAMYA CLARK
1013 ALBERT LANE
PORT GIBSON, MS 39150

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AFNI SUBROGATION
P.O. BOX 3068
BLOOMINGTON, IL 61702


CAMP & JOHNSON
PO BOX 529
JACKSON, MS 39205


SOUTHERN FINANCIAL SYS
P.O. BOX 15203
HATTIESBURG, MS 39404


UMMC
P.O. BOX 3488
DEPT 05-077
TUPELO, MS 38803
```